## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:11 CV-01000 JVS (FMOx) | Date | July 12, 2011 |

| | |
|---|---|
| Title | Latasha Burge v. Toyota Motor Corporation, et al |

Present: The Honorable     James V. Selna

| Dwayne Roberts | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(In Chambers)**

      The above referenced case was transferred to this Court as related to 8:10ML2151 JVS (FMOx), In Re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices and Product Liability Litigation.   Attached hereto is Exhibit A that lists all cases currently included in this Multi District Litigation (MDL).  Please refer to the Court's website (www.cacd.uscourts.gov) and click on "In re: Toyota Motor Corp. Unintended Acceleration MDL" to obtain the most significant orders in this action.

| | | | |
|---|---|---|---|
| | 0 | : | 00 |
| Initials of Preparer | dr | | |

Exhibit A

(Revised July 12, 2011)

Individual Cases

# IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION MDL No. 2151

2:09CV08143 JVS(FMOx) Seong Bae Choi et al v. Toyota Motor Corporation et al

2:09CV08478 JVS(FMOx) Eric Kmetz et al v. Toyota Motor Sales, U.S.A., Inc. et al

2:09CV09158 JVS(FMOx) Heather A. Lane v. Toyota Motor Sales, U.S.A., Inc.

2:09CV09386 JVS(FMOx) Dale Baldisseri v. Toyota Motor Sales U.S.A., Inc., et al.

2:10CV00706 JVS(FMOx) Adilia Aviles v. Toyota Motor Sales, U.S.A., Inc.

2:10CV00710 JVS(FMOx) Roz Schwartz v. Toyota Motor Sales, U.S.A., Inc.

2:10CV00799 JVS(FMOx) Matthew Marr, et al v. Toyota Motor Sales, U.S.A., Inc.

2:10CV00849 JVS(FMOx) Ani Gazaryan et al v. Toyota Motor Sales U.S.A., Inc. et al

2:10CV00942 JVS(FMOx) Peter Wisner v. Toyota Motor Corporation et al

2:10CV00947 JVS(FMOx) Elaine Byrnes v. Toyota Motor Sales U.S.A., Inc. et al

2:10CV01030 JVS(FMOx) Lacey Ludicina, et al v. Toyota Motor Sales U.S.A., Inc. et al

2:10CV01039 JVS(FMOx) Rhonda Talbot v. Toyota Motor Sales U.S.A., Inc. et al

2:10CV01057 JVS(FMOx) Jacqueline Donoghue v. Toyota Motor Sales, U.S.A., Inc.

2:10CV01073 JVS(FMOx) Max L. Lieberman et al v. Toyota Motor Corporation et al

2:10CV01094 JVS(FMOx) Kerri Madden v. Toyota Motor Corporation et al

2:10CV01153 JVS(FMOx) Katy Boyask v. Toyota Motor Corporation et al

2:10CV01264 JVS(FMOx) Gloria Park v. Toyota Motor Sales, U.S.A., Inc.

2:10CV01290 JVS(FMOx) Sandra Livingston v. Toyota Motor North America, Inc. et al

2:10CV01349 JVS(FMOx) Ernest Cornell v. Toyota Motor Corporation et al

1   2:10CV01366 JVS(FMOx) Harry Williams v. Toyota Motor North America, Inc. et al

2   2:10CV01438 JVS(FMOx) Roy Williams v. Toyota Motor Sales, U.S.A., Inc. et al

3   2:10CV01584 JVS(FMOx) Andrew Flury et al v. Toyota Motor North America, Inc. et al

4   2:10CV01604 JVS(FMOx) Kathy Kallenbach, et al v. Toyota Motor Sales, U.S.A. Inc. et

5   2:10CV01756 JVS(FMOx) David Hanna v. Toyota Motor North America, Inc. et al

6   2:10CV01806 JVS(FMOx) Joseph Christian v. Toyota Motor North America, Inc. et al

7   2:10CV01821 JVS(FMOx) Mary Jo Crank, et al v. Toyota Motor North America, Inc. et al

8   2:10CV01822 JVS(FMOx) Nellie Yazitchyan, et al v. Toyota Motor North America, et al

9   2:10CV01825 JVS(FMOx) Walter McKinney, et al v. Toyota Motor North America, et al

10  2:10CV01889 JVS(FMOx) Curtis McCleskey, et al. v. Toyota Motor Corporation, et al

11  2:10CV01927 JVS(FMOx) Beverly Yip v. Toyota Motor Corporation, et al

12  2:10CV01939 JVS(FMOx) Linda Tang v. Toyota Motor Sales, U.S.A., Inc. et al

13  2:10CV01979 JVS(FMOx) Meredith Heller v. Toyota Motor Corporation, et al

14  2:10CV01986 JVS(FMOx) Omar Roberts v. Toyota Motor North America, Inc. et al

15  2:10CV01993 JVS(FMOx) Hae Chang v. Toyota Motor North America, Inc. et al

16  2:10CV02021 JVS(FMOx) Thomas E. Gudmundson v. Toyota Motor Corporation, et al

17  2:10CV02022 JVS(FMOx) Donald Graham v. Toyota Motor Corporation, et al

18  2:10CV02023 JVS(FMOx) John Flook v. Toyota Motor Corporation, et al

19  2:10CV02077 JVS(FMOx) Rodney Josephson v. Toyota Motor Corporation, et al

20  2:10CV02078 JVS(FMOx) Gary Davis v. Toyota Motor Corporation, et al

21  2:10CV02080 JVS(FMOx) Ebony Brown v. Toyota Motor Corporation, et al

22  2:10CV02147 JVS(FMOx) Elizabeth Van Zyl v. Toyota Motor Corporation. et al

23  2:10CV02179 JVS(FMOx) Grace Shigematsu, et al v. Toyota Motor Corporation. et al

24  2:10CV02262 JVS(FMOx) Karen Bickel v. Toyota Motor Corporation. et al

25  2:10CV02264 JVS(FMOx) Sam Goldberger v. Toyota Motor Corporation. et al

26  2:10CV02271 JVS(FMOx) Christine Hotaling v. Toyota Motor Corporation. et al

27  2:10CV02272 JVS(FMOx) Henry Troup, et al v. Toyota Motor Corporation. et al

28  2:10CV02274 JVS(FMOx) Linda Summerville v. Toyota Motor Corporation. et al

1   2:10CV02276 JVS(FMOx) Robert Navarro v. Toyota Motor Corporation. et al

2   2:10CV02284 JVS(FMOx) Gary Brown v. Toyota Motor Corporation. et al

3   2:10CV02528 JVS(FMOx) SPP Inc. v. Toyota Motor Sales U.S.A. Inc., et al

4   2:10CV02600 JVS(FMOx) Deluxe Holdings, Inc. V. Toyota Motor Sales, U.S.A., Inc.

5   2:10CV02893 JVS(FMOx) Michael Jermakian v. Toyota Motor Corporation, et al.

6   2:10CV02943 JVS(FMOx) Sandy Carmichael v. Toyota Motor Sales U.S.A. Inc., et al

7   2:10CV02944 JVS(FMOx) Dwayne Rhooms, et al. v. Toyota Motor Sales USA Inc., et al

8   2:10CV03012 JVS(FMOx) Daniel Durgin v. Toyota Motor Sales U.S.A., Inc., et al

9   2:10CV03077 JVS(FMOx) Lydia Ellison v. Toyota Motor Corporation

10   2:10CV03156 JVS(FMOx) Joseph J. Boppre, et al v. Toyota Motor Corporation, et al

11   2:10CV03161 JVS(FMOx) Robyn Saba, et al v. Toyota Motor Sales, U.S.A., Inc., et al

12   2:10CV03237 JVS(FMOx) Kelley W. Dion v. Toyota Motor North America, Inc., et al

13   2:10CV03254 JVS(FMOx) Stephen I. Burack, et al v. Toyota Motor Corporation, et al

14   2:10CV03255 JVS(FMOx) Phillip r. King, et al v. Toyota Motor Corporation, et al

15   2:10CV03309 JVS(FMOx) Stefanie Bradley v. Toyota Motor Sales, U.S.A., Inc., et al

16   2:10CV03565 JVS(FMOx) Joel Bond, et al v. Toyota Motor North America, Inc., et al

17   2:10CV03721 JVS(FMOx) Sunil P. George v. Toyota Corporation of U.S.A.

18   2:10CV03899 JVS(FMOx) Thomas Lee Wachtel, MD, et al v. Toyota Motor Corp., et al

19   2:10CV05461 JVS(FMOx) Charles Turner v. Toyota Motor Corporation, et al

20   2:10CV05463 JVS(FMOx) Paul Knighton, et al v. Toyota Motor Corporation, et al

21   2:10CV05700 JVS(FMOx) Tanya Ross, et al v. Toyota Motor Corporation, et al

22   2:10CV06081 JVS(FMOx) Romanus Akamike v. Toyota Motor Corporation, et al

23   2:10CV06082 JVS(FMOx) Clayton Q. Aukland v. Toyota Motor Corporation, et al

24   2:10CV06443JVS(FMOx) Dwayne Watkins, Jr. v. Toyota Motor North America, Inc., et al

25   2:10CV07402JVS(FMOx) Matthew Reese v. Toyota Motor North America, Inc., et al

26   2:10CV07404JVS(FMOx) Paula Flynn Simmons v. Toyota Motor North America, Inc.

27   2:10CV07408JVS(FMOx) Juana Veriguete-Montero v. Toyota Motor North America, Inc.

28   2:10CV07868 JVS(FMOx) Beverly Ann Martell, et al v. Toyota Motor North America, Inc

1   2:10CV09324 JVS(FMOx) Lynda Bisseger, et al v. Toyota Motor Sales USA, Inc.

2   2:10CV09741 JVS(FMOx) Eduardo Recinos, et al v. Toyota Motor North America, Inc.,

3   2:11CV00444 JVS(FMOx) Patricia Milton Steinfort, et al v. Toyota Motor North America

4   2:11CV00664 JVS(FMOx) Ann Snider, et al v. Toyota Motor North America, Inc., et al

5   2:11CV01715 JVS(FMOx) Emebet Bekele v. Toyota Motor North America, Inc., et al

6   2:11CV02638 JVS(FMOx) Thomas Mayton v. Toyota Motor North America

7   2:11CV02643 JVS(FMOx) Demetrice Bibbins v. Toyota Motor North America, Inc.

8   2:11CV03401 JVS(FMOx) Makenna Lloyd, et al v. Toyota Motor Sales, USA, Inc., et al

9   2:11CV04143 JVS(FMOx) Shirlene Van Alfen, et al v. Toyota Motor Sales, USA, Inc., et al

10  2:11CV04479 JVS(FMOx) Paul Spisto v. Toyota Motor North America, Inc., et al

11  2:11CV04596 JVS(FMOx) Patricia B. Graybeal, et al v. Toyota Motor Sales USA, Inc, et al

12  8:10CV00105 JVS(FMOx) Joseph Hauter v. Toyota Motor Sales, U.S.A., Inc.

13  8:10CV00183 JVS(FMOx) T. Leigh Beard, et. al. v. Toyota Motor Sales, U.S.A., Inc.

14  8:10CV00312 JVS(FMOx) Green Spot Motors v. Toyota Motor Corporation et al

15  8:10CV00328 JVS(FMOx) Dawn De Vincenzi v. Toyota Motor Corporation. et al

16  8:10CV00380 JVS(FMOx) Jean Dominquez v. Toyota Motor Corporation. et al

17  8:10CV00385 JVS(FMOx) Meetesh Shah v. Toyota Motor Corporation. et al

18  8:10CV00458 JVS(FMOx) Brian Deis v. Toyota Motor Corporation, et al.

19  8:10CV00464 JVS(FMOx) Michelle Lynch v. Toyota Motor Corp., et al.,

20  8:10CV00465 JVS(FMOx) Jonathan Gellman v. Toyota Motor Sales U.S.A., Inc.,

21  8:10CV00466 JVS(FMOx) Daniel Weimer, Jr., et al. v. Toyota Motor North America, Inc.

22  8:10CV00467 JVS(FMOx) Amanda R. Maillho v. Toyota Motor North America, Inc., et al.

23  8:10CV00468 JVS(FMOx) Gary T. Brock v. Toyota Motor North America, Inc., et al.

24  8:10CV00469 JVS(FMOx) Michael Graves, et al. v. Toyota Motor Manufact. West Virg.

25  8:10CV00551 JVS(FMOx) John Jeremey Robson v. Toyota Motor Corporation, et al

26  8:10CV00552 JVS(FMOx) John Harding v. Toyota Motor Corp., et al

27  8:10CV00553 JVS(FMOx) Robyn Horn v. Toyota Motor Sales U.S.A., Inc., et al

28  8:10CV00554 JVS(FMOx) Julie Rainwater v. Toyota Motor Sales U.S.A., Inc., et al

1  8:10CV00555 JVS(FMOx) Wilma Lentz v. Toyota Industries North America, Inc., et al

2  8:10CV00556 JVS(FMOx) Mark Adkison v. Toyota Motor Sales U.S.A., Inc., et al

3  8:10CV00558 JVS(FMOx) Nimishabahen Patel v. Toyota Motor Norty America Inc., et al

4  8:10CV00559 JVS(FMOx) Renita Cipriani v. Toyota Motor Corp., et al

5  8:10CV00561 JVS(FMOx) Jim Heidenreich v. Toyota Motor North America, Inc., et al

6  8:10CV00563 JVS(FMOx) Humberto Rivas-Vigil v. Toyota Motor North America, Inc.,

7  8:10CV00564 JVS(FMOx) Arlene S. Heilbrunn v. Toyota Motor Corp., et al

8  8:10CV00565 JVS(FMOx) Viviane Stoller, et al v. Toyota Motor Corp., et al

9  8:10CV00566 JVS(FMOx) Amanda Laird, et al v. Toyota Motor Corp., et al

10  8:10CV00567 JVS(FMOx) Christina Ochs v. Toyota Motor Corp., et al

11  8:10CV00568 JVS(FMOx) Judith M. Enderle v. Toyota Motor North America, Inc., et al

12  8:10CV00570 JVS(FMOx) S. Firgon v. Toyota Motor Corp., et al

13  8:10CV00571 JVS(FMOx) Debra Poynter, et al. V. Toyota Motor North America, Inc., et al

14  8:10CV00572 JVS(FMOx) Michael Miller, et al v. Toyota Motor Sales U.S.A., Inc., et al

15  8:10CV00573 JVS(FMOx) Christopher L. Leaverton v. Toyota Motor Engineering & Manu.

16  8:10CV00574 JVS(FMOx) Micah Maryn v. Toyota Motor Sales U.S.A., Inc., et al

17  8:10CV00575 JVS(FMOx) Galatia D. Johnson, et al v. Toyota Motor North America, Inc.,

18  8:10CV00576 JVS(FMOx) Timothy P. Farrelly, et al v. Toyota Motor North America, Inc.

19  8:10CV00577 JVS(FMOx) Jennifer Wendy Burke v. Toyota Motor North America, Inc.

20  8:10CV00578 JVS(FMOx) Aaron Jones, et al. V. Toyota Motor North America, Inc., et al

21  8:10CV00579 JVS(FMOx) Roshawn Donahue v. Toyota Motors Manufacturing U.S.A.,Inc.

22  8:10CV00580 JVS(FMOx) Allie R. Rockforte v. Toyota Motor North America, Inc.

23  8:10CV00581 JVS(FMOx) David Gaspard, et al. V. Toyota Motor Sales U.S.A., Inc., et al

24  8:10CV00582 JVS(FMOx) Darshak Shah v. Toyota Motor North America, Inc., et al

25  8:10CV00583 JVS(FMOx) Deborah Baumkel v. Toyota Motor North America, Inc., et al

26  8:10CV00584 JVS(FMOx) Joseph R. Hernandez v. Hino Motors Manufacturing U.S.A.,

27  8:10CV00585 JVS(FMOx) Laurence K. Johnson v. Toyota Motor Sales U.S.A., Inc. et al

28  8:10CV00586 JVS(FMOx) Alyson L. Oliver v. Toyota Motor Sales U.S.A., Inc., et al

1   8:10CV00587 JVS(FMOx) Jerry Baker Auto Sales, LLC v. Toyota Motor Sales U.S.A., Inc.

2   8:10CV00588 JVS(FMOx) David Hulsen, et al. v. Toyota Motor Corp., et al

3   8:10CV00589 JVS(FMOx) Belva Simmons, et al. v. Toyota Motor Corp., et al

4   8:10CV00591 JVS(FMOx) Christine Mitchell v. Toyota Motor North America, Inc., et al

5   8:10CV00592 JVS(FMOx) Margaret Gonzalez v. Toyota Motor Sales U.S.A., Inc., et al

6   8:10CV00593 JVS(FMOx) Maureen Colaberdino v. Toyota Motor North America, Inc.,

7   8:10CV00594 JVS(FMOx) Cheryl Abken, et al v. Toyota Motor North America, Inc., et al

8   8:10CV00595 JVS(FMOx) Francine Guokas v. Toyota Motor Corp., et al

9   8:10CV00596 JVS(FMOx) Louise Gordon, et al v. Toyota Motor North America, Inc., et al

10  8:10CV00598 JVS(FMOx) Kevin P. Fogarty, et al v. Toyota Motor North America, Inc.,

11  8:10CV00599 JVS(FMOx) Peter Phaneuf v. Toyota Motor Sales U.S.A., Inc., et al

12  8:10CV00600 JVS(FMOx) James R. Haustein v. Toyota Motor Corp., et al

13  8:10CV00601 JVS(FMOx) Thomas Davis v. Toyota Motor Sales U.S.A., Inc., et al

14  8:10CV00602 JVS(FMOx) Barbara Iglesias, et al v. Toyota Motor Corp., et al

15  8:10CV00603 JVS(FMOx) Fred Sander, et al v. Toyota Motor Sales U.S.A., Inc., et al

16  8:10CV00604 JVS(FMOx) Lucille Fox, etc. v. Toyota Motor North America Inc., et al

17  8:10CV00606 JVS(FMOx) Troy Menssen v. Toyota Motor Sales U.S.A., Inc., et al

18  8:10CV00607 JVS(FMOx) Daniel D. Lee v. Toyota Motor North America, Inc., et al

19  8:10CV00608 JVS(FMOx) Joel Grunkemeyer, et al v. Toyota Motor Sales U.S.A., Inc., et al

20  8:10CV00609 JVS(FMOx) Hugh W. Cox, et al v. Toyota Lease Trust, et al

21  8:10CV00611 JVS(FMOx) Rebecca S. Shumaker v. Toyota Motor Engineering &Manufact.

22  8:10CV00612 JVS(FMOx) Dru Colin Lee, et al v. Toyota Motor Sales U.S.A., Inc., et al

23  8:10CV00613 JVS(FMOx) Timothy John Vanagas v. Toyota Motor Sales U.S.A., Inc.

24  8:10CV00614 JVS(FMOx) Suzzane McCoy v. Toyota Motor Sales U.S.A., Inc.

25  8:10CV00615 JVS(FMOx) Ronald Fahey v. Toyota Motor Corp., et al

26  8:10CV00617 JVS(FMOx) Diane Gumble v. Toyota Motor Corp., et al

27  8:10CV00619 JVS(FMOx) Frederick Greisiger, et al v. Toyota Motor North America, Inc.,

28  8:10CV00620 JVS(FMOx) Zahira Crespo-Bithorn, et al v. Toyota Motor North America,

1    8:10CV00621 JVS(FMOx) Linda Alford Wooten v. Toyota Motor North America, Inc.,

2    8:10CV00622 JVS(FMOx) Dale Roberts v. Toyota Motor Corp., et al

3    8:10CV00623 JVS(FMOx) Frank Whiddon v. Toyota Motor Corp., et al

4    8:10CV00625 JVS(FMOx) Albert A. Pena, III, et al v. Toyota Motor Corp., et al

5    8:10CV00653 JVS(FMOx) Al Viviano et al v. Toyota Motor Engineering & Manufact.

6    8:10CV00654 JVS(FMOx) Bridgette Scott v. Toyota Motor North America Inc., et al

7    8:10CV00655 JVS(FMOx) Lena Gally, et al v. Toyota Motor Corporation, et al

8    8:10CV00656 JVS(FMOx) Jennifer Lee Glardon v. Toyota Motor Engineering & Manufact.

9    8:10CV00719 JVS(FMOx) E. Brandon Bowron, et al v. Toyota Motor Sales U.S.A., Inc.

10   8:10CV00720 JVS(FMOx) Robert Smyser v.  Toyota Motor Corp., et al

11   8:10CV00721 JVS(FMOx) Shawnee W. Scharer v. Toyota Motor Sales U.S.A., Inc., et al

12   8:10CV00722 JVS(FMOx) Wayne S. Harris v. Toyota Motor Sales U.S.A., Inc.

13   8:10CV00723 JVS(FMOx) Amanda J. Noble v. Toyota Motor North America, Inc., et al

14   8:10CV00725 JVS(FMOx) Edward Siff, et al v. Toyota Motor North America, Inc., et al

15   8:10CV00726 JVS(FMOx) Antonio Ramos, et al v. Toyota Motor Sales U.S.A., Inc.

16   8:10CV00727 JVS(FMOx) Sharlene Cohen-Goldberg, et al v. Toyota Motor Sales U.S.A.

17   8:10CV00728 JVS(FMOx) Timothy Helmick, et al v. Toyota Motor North America, Inc.

18   8:10CV00729 JVS(FMOx) Wayne Schlegel, et al v. Toyota Motor Sales U.S.A., Inc., et al

19   8:10CV00730 JVS(FMOx) Jane Saint Drake, et al v. Toyota Motor Sales, U.S.A., Inc. et al

20   8:10CV00731 JVS(FMOx) Edward Isao Funasaki v. Toyota Motor Corp., et al

21   8:10CV00732 JVS(FMOx) Julie Beard, et al v. Toyota Motor Corp., et al

22   8:10CV00733 JVS(FMOx) Christopher Carlson v. Toyota Motor Corp., et al

23   8:10CV00734 JVS(FMOx) Gary Gustin v. Toyota Motor Sales U.S.A., Inc., et al

24   8:10CV00735 JVS(FMOx) Burton Field, et al v. Toyota Motor North America, Inc., et al

25   8:10CV00736 JVS(FMOx) Bonnie Shansky v. Toyota Motor Sales U.S.A., Inc.

26   8:10CV00737 JVS(FMOx) Deisy F. Toledo v. Toyota Motor Corp., et al

27   8:10CV00738 JVS(FMOx) Rosalina Diaz, et al v. Toyota Motor Corp., et al

28   8:10CV00739 JVS(FMOx) Susan Rifken Ltd. v. Toyota Motor North America, Inc., et al

1  8:10CV00740 JVS(FMOx) Ronald Walls v. Toyota Motor Corp., et al

2  8:10CV00741 JVS(FMOx) Ruth Shechter, et al v. Toyota Motor Engineering & Manufact.

3  8:10CV00742 JVS(FMOx) H.W. Fanning v. Toyota Motor Corp., et al

4  8:10CV00743 JVS(FMOx) Anita Jorge v. Toyota Motor North America, Inc., et al

5  8:10CV00744 JVS(FMOx) Robert Stephen McKinney, et al v. Toyota Motor North Amer. a

6  8:10CV00745 JVS(FMOx) Pamela Frederickson v. Toyota Motor Sales U.S.A., Inc., et al

7  8:10CV00746 JVS(FMOx) LaRocca's Auto Sales, Inc. v. Toyota Motor Sales U.S.A., Inc.

8  8:10CV00747 JVS(FMOx) Larry Boudoin, et al v. Toyota Motor Sales U.S.A., Inc., et al

9  8:10CV00748 JVS(FMOx) Elwanda Fontenot v. Toyota Motor North America, Inc., et al

10 8:10CV00749 JVS(FMOx) Gerald Murphy, etc., v. Toyota Motor Sales U.S.A., Inc.

11 8:10CV00750 JVS(FMOx) Mary Ferrara v. Toyota Motor Sales U.S.A., Inc., et al

12 8:10CV00751 JVS(FMOx) Joseph Schantz, et al v. Toyota Motor North America, Inc., et al

13 8:10CV00752 JVS(FMOx) Dale Karjala v. Toyota Motor Corp., et al

14 8:10CV00753 JVS(FMOx) George C. Weyer, et al v. Toyota Motor North America, Inc., et

15 8:10CV00754 JVS(FMOx) Ted M. Wedul v. Toyota Motor Sales U.S.A., Incl, et al

16 8:10CV00755 JVS(FMOx) James Michael Bell v. Toyota Motor Sales U.S.A., Inc., et al

17 8:10CV00756 JVS(FMOx) Robert Ruf v. Toyota Motor Sales U.S.A., Inc.

18 8:10CV00757 JVS(FMOx) Mary Pat Hauck v. Toyota Motor Corp, et al

19 8:10CV00759 JVS(FMOx) Robert O'Leary, et al v. ToyotaMotor Sales U.S.A., Inc., et al

20 8:10CV00760 JVS(FMOx) Rena M. Ridenour v. Toyota Motor Sales U.S.A., Inc., et al

21 8:10CV00761 JVS(FMOx) May Zhang, et al v.  Toyota Motor Engineering & Manufact.

22 8:10CV00762 JVS(FMOx) Darrell P. Quintana v. Toyota Motor Corp., et al

23 8:10CV00763 JVS(FMOx) Selena Michelle Hines-Muhammad v. Toyota Motor Sales

24 8:10CV00764 JVS(FMOx) Patricia Grier v. Toyota Motor Sales U.S.A., Inc.

25 8:10CV00765 JVS(FMOx) Mark Fraase v. Toyota Motor Corp., et al

26 8:10CV00766 JVS(FMOx) Anthony Bonacci, et al. v. Toyota Motor Corp., et al

27 8:10CV00767 JVS(FMOx) Cesare Coslop, IV v. Toyota Motor Corp., et al

28 8:10CV00768 JVS(FMOx) Joseph B. Tiboni v. Toyota Motor Sales U.S.A., Inc.

1   8:10CV00769 JVS(FMOx) Jon J. Darcy, et al v. Toyota Motor North America, Inc., et al

2   8:10CV00770 JVS(FMOx) James P. Griffin v. Toyota Motor Corp., et al

3   8:10CV00771 JVS(FMOx) Michael Yastrab v. Toyota Motor Sales U.S.A., Inc., et al

4   8:10CV00772 JVS(FMOx) David Rosenberg v. Toyota Motor Corp., et al

5   8:10CV00773 JVS(FMOx) Richard Immerman v.  Toyota Motor North America, Inc., et al

6   8:10CV00774 JVS(FMOx) tom Kunce v. Toyota Motor Sales U.S.A., Inc.

7   8:10CV00775 JVS(FMOx) Solomon Harbor v. Toyota Motor Sales U.S.A., Inc., et al

8   8:10CV00776 JVS(FMOx) Cullen Kirkpatrick, et al v. Toyota Motor North America, Inc.

9   8:10CV00777 JVS(FMOx) Mitchell P. Gedid v. Toyota Motor Corp., et al

10  8:10CV00778 JVS(FMOx) Mindy A. Corrigan, et al v. Toyota Motor Sales U.S.A., Inc.,

11  8:10CV00779 JVS(FMOx) Millie Charlottie Hartgrove v. Toyota Motor Corp., et al

12  8:10CV00780 JVS(FMOx) Dylan Cruikshank v. Toyota Motor Corp., et al

13  8:10CV00781 JVS(FMOx) Joyce Ann Atnip, et al v. Toyota Motor Corp., et al

14  8:10CV00782 JVS(FMOx) Louis Pera, Jr. v. Toyota Motor Corp., et al

15  8:10CV00784 JVS(FMOx) Jay Brandt v. Toyota Motor Corp., et al

16  8:10CV00785 JVS(FMOx) Dana Clark Weller, et al v. Toyota Motor Sales U.S.A., Inc.

17  8:10CV00786 JVS(FMOx) Edward Wojeck v. Toyota Motor North America, Inc., et al

18  8:10CV00787 JVS(FMOx) Elizabeth Seu v. Toyota Motor Corp., et al

19  8:10CV00788 JVS(FMOx) Ira Lee Dadisman, et al v. Toyota Motor Corp., et al

20  8:10CV00801 JVS(FMOx) Steven Boughner v. Toyota Motor Engineering & Manufact.

21  8:10CV00997 JVS(FMOx) Sharrolyn Jimerson v.  Toyota Motor Engineering & Manufact.

22  8:10CV00998 JVS(FMOx) Mack Sims v. Toyota Motor Sales U.S.A., Inc., et al

23  8:10CV00999 JVS(FMOx) Beverly Morgan, etc., v. Toyota Motor North America, Inc., et

24  8:10CV01001 JVS(FMOx) Charlene Tran v. Toytoa Motor North America, Inc., et al

25  8:10CV01002 JVS(FMOx) Judith Weinberger, et al v. Toyota Motor Sales U.S.A., Inc.,

26  8:10CV01003 JVS(FMOx) Dot-Marie Gallardo-Browning v. Toyota Motor North America

27  8:10CV01004 JVS(FMOx) Nancy Leach Rookard, etc. v. Toyota Motor Corp., et al

28  8:10CV01095 JVS(FMOx) Kevin Young, et al v. Toyota Motor Corp., et al

1   8:10CV01136 JVS(FMOx) Doug V. Goodwin v. Toyota Motor Sales U.S.A., Inc.

2   8:10CV01156 JVS(FMOx) Saundra Hill Scott, et al v. Toyota Motor Sales U.S.A., Inc.,

3   8:10CV01205 JVS(FMOx) Claudia H. Taylor, et al v. Toyota Motor North America, Inc., et

4   8:10CV01206 JVS(FMOx) Melba M. Mitchell v. Toyota Motor Sales, U.S.A., Inc.

5   8:10CV01312 JVS(FMOx) Marie DuBois v. Toyota Motor North America, Inc., et al

6   8:10CV01325JVS(FMOx) Rosetta Rehder v. Toyota Motor Corporation, et al

7   8:10CV01363JVS(FMOx) Georges Vincent, et al v. Toyota Motor Sales, USA, Inc.

8   8:10CV01364JVS(FMOx) Edward Kline v. Stewart Agency, Inc.

9   8:10CV01365JVS(FMOx) Mary Patricia Ryan v. Morse Operations, Inc.

10   8:10CV01366JVS(FMOx) Willette Green v. Toyota Motor Sales, USA, Inc.

11   8:10CV01367JVS(FMOx) Ed Izenstark v. Toyoto Motor Sales, USA., Inc., et al

12   8:10CV01368JVS(FMOx) Brenda A. Whaley, et al v. Toyota Motor Corporation, et al

13   8:10CV01369JVS(FMOx) Michael Barzara, et al v. Toyota Motor Sales, USA, Inc., et al

14   8:10CV01371JVS(FMOx) Wilma Herrera, et al v. Toyota Motor Sales, USA., Inc., et al

15   8:10CV01372JVS(FMOx) Joseph Buccier v. Toyota Motor Sales, USA, Inc.

16   8:10CV01373JVS(FMOx) G&M Motors, Inc. v. Toyota Motor Sales, USA, Inc., et al

17   8:10CV01374JVS(FMOx) Burnell Meeks v. Toyota Motor Sales, USA, Inc.

18   8:10CV01375JVS(FMOx) Lisa A. Labar v. Toyota Motor Corporation, et al

19   8:10CV01376JVS(FMOx) Robert Elmes v. Toyota Motor Manufacturing, Kentucky, Inc

20   8:10CV01377JVS(FMOx) Brenda Bishop v. Gulf States Toyota, Inc., et al

21   8:10CV01378JVS(FMOx) Lana K. Pttman, et al v. Toyota Motor Manufacturing, W.V.

22   8:10CV01380JVS(FMOx) Michael Matsis, et al v. Toyota Motor Corp., et al

23   8:10CV01460JVS(FMOx) Ida Starr St. John v. Toyota Motor Corporation, et al

24   8:10CV01461JVS(FMOx) Benjamin Hughes v. Toyota Motor Corporation, et al

25   8:10CV01543JVS(FMOx) Beverly Ifergan v. Toyota Motor Sales, USA, Inc., et al

26   8:10CV01544JVS(FMOx) Mary O'Rourke, et al v. Toyota Motor Sales, USA, Inc.

27   8:10CV01545JVS(FMOx) Janice Markowitz v. Toyota Motor Sales, USA, Inc.

28   8:10CV01767JVS(FMOx) Jenny Devereaux v. Toyota Motor Sales, USA, Inc.

1  8:10CV01768JVS(FMOx) Lurline Slocum, et al v. Toyota Motor North America Inc., et al

2  8:10CV01769JVS(FMOx) Michael Roberge v. Toyota Motor Sales, USA. Inc.

3  8:10CV01770JVS(FMOx) Syzana Xhkali, et al v. Toyota Motor Sales, USA, Inc, et al

4  8:10CV01771JVS(FMOx) Jeffrey G. Messinger, et al v. Toyota Motor Engineering & Man.

5  8:10CV01833JVS(FMOx) Michael Tomaszewski v. Toyota Motor Sales, USA, Inc.

6  8:10CV01911 JVS(FMOx) James Schreckengost, Sr., et al v. Toyota Motor North America

7  8:10CV01912 JVS(FMOx) Stefanie Cece v. Toyota Motor North America Inc., et al

8  8:10CV01913 JVS(FMOx) Karen S. Crozier v. Toyota Motor Sales, USA, Inc., et al

9  8:10CV01914 JVS(FMOx) Michael Mirand v. Toyota Motor Sales, USA, Inc., et al

10  8:10CV01915 JVS(FMOx) Lillian Harris v. Toyota Motor North America, Inc., et al

11  8:10CV01916 JVS(FMOx) Amelia A. Welch v. Toyota Motor Sales, USA, Inc.

12  8:10CV01917 JVS(FMOx) Bryon Hawes, et al v. Toyota Motor North America

13  8:10CV01918 JVS(FMOx) Catherine Lebson v. Toyota Motor Sales USA, Inc., et al

14  8:10CV01919 JVS(FMOx) Hope Willard v. Toyota Motor Sales USA, Inc., et al

15  8:10CV01920 JVS(FMOx) Ramon Ojeda-Rivera, et al v. Toyota Motor North America, Inc.

16  8:10CV01921 JVS(FMOx) Ruben Munoz v. Toyota Motor Corporation, et al

17  8:10CV01988 JVS(FMOx) Lydia Olavarria-Vargas, et al v. Toyota Motor Sales, USA, Inc.,

18  8:10CV01989 JVS(FMOx) Michael Noble v. Toyota Motor North America, Inc., et al

19  8:10CV01990 JVS(FMOx) Cordarro Guillory, et al v. Toyota Motor Corporation, et al

20  8:10CV01991JVS(FMOx) Evelyn Iona Hutchins v. Toyota Motor North America, Inc., et al

21  8:11CV00098 JVS(FMOx) Catherine Donohue v. Toyota Motor Corporation, et al

22  8:11CV00099 JVS(FMOx) Jennifer Rose Carriere, et al v. Toyota Motor Sales USA, Inc.

23  8:11CV00100 JVS(FMOx) Lsa A. Bartlett, et al v. Toyota Motor Sales USA, Inc., et al

24  8:11CV00104 JVS(FMOx) Stacey C. Schott v. Toyota Motor Corporation, et al

25  8:11CV00194 JVS(FMOx) Jeannette Klein v. Toyota Motor North America, Inc., et al

26  8:11CV00195 JVS(FMOx) Fred Miller, et al v. Toyota Motor North America, Inc., et al

27  8:11CV00196 JVS(FMOx) Estelle Gottesman v. Toyota Motor Sales, USA, Inc., et al

28  8:11CV00319 JVS(FMOx) Todd Allen, et al v. Toyota Motor Sales, USA. Inc., et al

1   8:11CV00320 JVS(FMOx) Titsa Pelzman v. Toyota Motor North America, Inc., et al

2   8:11CV00321 JVS(FMOx) Janice Feaster v. Toyota Motor North America, Inc., et al

3   8:11CV00322 JVS(FMOx) Gayle R. Barrett v. Toyota Motor Sales, USA., Inc., et al

4   8:11CV00381 JVS(FMOx) Veronica Anderson v. Toyota Motor Sales, USA, Inc., et al

5   8:11CV00415 JVS(FMOx) Lavergne Short, et al v. Toyota Motor North America, Inc., et al

6   8:11CV00416 JVS(FMOx) Frances Hines v. Toyota Motor Sales, USA, Inc.

7   8:11CV00417 JVS(FMOx) Alice Thall, et al v. Toyota Motor Sales, USA, Inc., et al

8   8:11CV00464 JVS(FMOx) Victor Levey v. Toyota Motor Sales, USA, Inc., et al

9   8:11CV00558 JVS(FMOx) Grace Jackson, et al v. Toyota Motor Sales, USA, Inc.

10   8:11CV00635 JVS(FMOx) David Ramirez v. Toyota Motor Corporation, et al

11   8:11CV00642 JVS(FMOx) Lawrence Cross v. Toyota Motor Corporation, et al

12   8:11CV00693 JVS(FMOx) Huey Pierce Haynes, II, et al v. Toyota Motor Sales, USA, Inc.,

13   8:11CV00761 JVS(FMOx) Cornelia Neely, et al v. Toyota Motor Sales, USA, Inc., et al

14   8:11CV00774 JVS(FMOx) Willette Riley v. Toyota Motor Sales, USA, Inc.

15   8:11CV00804 JVS(FMOx) Gene Kinkade, et al v. Toytoa Motor Corporation, et al

16   8:11CV00805 JVS(FMOx) Nancy Boehm v. Toyota Motor Corporation, et al

17   8:11CV00806 JVS(FMOx) Sean Maxwell v. Toyota Motor North America, Inc., et al

18   8:11CV00807 JVS(FMOx) Ovidio Aguirre Vela v. Toyota Motor Corporation, et al

19   8:11CV00834 JVS(FMOx) Janet K. Black v. Toyota Motor North America, Inc., et al

20   8:11CV00842 JVS(FMOx) Rose M. Augustine v. Toyota Motor North America, Inc., et al

21   8:11CV00911 JVS(FMOx) Mirna Argueta, et al v. Toyota Motor Corporation, et al

22   8:11CV01000 JVS(FMOx) Latasha Burge v. Toyota Motor Corporation, et al

23

24

25

26

27

28