✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Central | **District of** | California, Southern Division |

LATASHA BURGE

Plaintiff (s),

V.

TOYOTA MOTOR CORP. et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  SACV 11-1000 JVS

Notice is hereby given that, subject to approval by the court,  defendant, Hertz Global Holdings, Inc.  substitutes
(Party (s) Name)

Dennis J. Mahoney , State Bar No.  124428  as counsel of record in
(Name of New Attorney)

place of  Steven Owens Dean .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:  GRAVES & KING LLP

Address:  3610 14th Street, Second Floor, PO Box 1548, Riverside, CA 92502-1548

Telephone:  (951) 680-0100  Facsimile  (951) 680-0700

E-Mail (Optional):  hwimer@gravesandking.com

I consent to the above substitution.

Date:  8/3/11

*Paul Mendez*
(Signature of Party (s))

I consent to being substituted.

Date:  7/20/2011

Steven O. Dean
Digitally signed by Steven O. Dean
DN: cn=Steven O. Dean, o, ou, email=sdean@yandslaw.com, c=US
Date: 2011.07.20 08:50:19 -04'00'
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  7/20/2011

Dennis J. Mahoney
Digitally signed by Dennis J. Mahoney
DN: cn=Dennis J. Mahoney, o=G&K, ou, email=dmahoney@gravesandking.com, c=US
Date: 2011.07.20 08:54:56 -07'00'
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**